# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.
AND CLAIBORNE ELECTRIC
COOPERATIVE, INC.

VERSUS

LOUISIANA GENERATING, LLC

NO. 2021 CW 0014

CONSOLIDATED WITH

NO. 2021 CW 0015

CONSOLIDATED WITH

NO. 2021 CW 0455

**JULY 26, 2021**

---

In Re:    Louisiana Generating, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 695287.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**STAY LIFTED; WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMM**
**AHP**

**Holdridge, J.,** dissents and would grant the writ application. I would grant the writ and order that the trial court grant the same protective order as issued in the federal court action.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT